**W.Y. INDUSTRIES, INC.,**
Plaintiff–Appellee,

v.

**KARI–OUT CLUB, LLC, formerly known as Kari–Out Klub, LLC, doing business as Kari–Out Company, and Perk–Up, Inc., also known as Kari–Out, Inc., and Tripak Industrial USA, LLC, Defendants–Appellants,**

and

**John Does Number 1–10, and ABC Companies Number 1–10,**
Defendants.

No. 2013–1189.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2013.

Dennis F. Gleason, Jardim, Meisner & Susser, P.C., of Florham Park, NJ, argued for the plaintiff-appellee.

Arthur M. Peslak, Gertner Mandel & Peslak, LLC, of Lakewood, NJ, argued for the defendants-appellants.

LOURIE, SCHALL, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**